# Plaintiff's Exhibit 1



# Johnson and Lufrano, P.A.

June 15, 2017

**BY CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Jason R. Gabriel, Esquire
Office of the General Counsel
117 West Duval Street, Suite 480
Jacksonville, Florida 32202

    RE:    Claimant:    Ian Earl Murray
           Date of Incident:    June 27, 2014

Dear Mr. Gabriel:

    Please be advised this firm represents Ian Earl Murray in a claim against the Jacksonville Sheriff's Office and the City of Jacksonville and its officers, arising from an incident that occurred on June 27, 2014. Please consider this correspondence as a Notice of Claim pursuant to Section §768.28, Florida Statutes and Chapter 112 of the Jacksonville Code of Ordinances.

    As required by the cited Florida Statute and Jacksonville Municipal Ordinance, the following information is relevant to Mr. Murray's claim(s):

| | |
|---|---|
| Name of Claimant: | Ian Earl Murray |
| Address of Claimant: | 85610 Elisa Road, Yulee, Florida 32097 |
| Date of Birth: | ▆▆▆/1982 |
| Place of Birth: | Danbury, Connecticut |
| Social Security No: | ▆▆▆1209 |
| Description of Claim: | On June 27, 2014, at approximately 2:20 p.m., while Ian Earl Murray was at his residence located at 85610 Elisa Road in Yulee, Florida, four Jacksonville Sheriff's Officers **falsely arrested** the Claimant, for Grand Theft and for Falsifying an Official Document (Official Misconduct). The Claimant maintains that his arrest on October 20, 2014 was false since the factual misstatements in the warrant would have invalidated any probable cause to support the arrest. Further, on October 10, 2014, the charges against Mr. Murray were dropped via a DN notice in case 2014-CF-006099. |

Jason R. Gabriel, Esq.
Office of the General Counsel, City of Jacksonville
June 15, 2017
Page 2

| | |
|---|---|
| Description of Injury or Damages: | As a result of the false arrest of the Claimant, Mr. Murray has suffered great humiliation, pain and anguish of mind, past and future lost wages, and has been injured in his health. |
| Names of Employees Involved: | Claimant does not know the identity of all the agents or employees involved, and will supplement this information upon further investigation. As of this time, the Claimant is aware of the following involved employees:<br>- Detective M.K. Simpson, Jacksonville Sheriff's Office;<br>- Lieutenant Toni Rodriguez, Jacksonville Sheriff's Office;<br>- Sergeant Richard Robinson, Jacksonville Sheriff's Office; and,<br>- Sergeant Lawrence Richer, Jacksonville Sheriff's Office.<br><br>Other relevant witnesses include<br>- Staff Sergeant Daniel Arellano, US Army;<br>- Staff Sergeant Ryan Londot, US Army;<br>- Human Resource Specialist, Scott Sciebler, Jacksonville Sheriff's Office;<br>- Army Reservist, Kristie Justice; US Army;<br>- Staff Sergeant Michael Piamonte, US Army;<br>- Captain Chester Smith, US Army; and;<br>- Kevin T. Miller, US Army. |
| Statement of Relief Sought: | The Claimant is seeking recovery for his physical and emotional injuries, including injuries resulting from his humiliation and pain and anguish of mind; economic expenses related to the incident and incurred by the Claimant; lost wages and/or lost earning capacity; and, all other damages allowable or permissible pursuant to Florida law. |

Please note there are no adjudicated penalties, fines, fees, victim restitution fund or any other judgments in excess of $200.00, imposed by civil, criminal or administrative tribunal, owed by the Claimant to the State, any of its agencies, officers or subdivisions imposed or outstanding.

If you feel this Notice of Claim fails to comply with the Jacksonville Ordinance Code or Florida Statutes, please notify me immediately. If I do not hear from you, I will assume you agree this Notice of Claim is in compliance with these provisions.

Jason R. Gabriel, Esq.
Office of the General Counsel, City of Jacksonville
June 15, 2017
Page 3

                                                Respectfully,

*[signature]*

Matthew I. Lufrano
**Johnson and Lufrano, P.A.**
1010 East Adams Street, Suite 205
Jacksonville, FL 32202
Phone (904) 513-3905
Fax (904) 212-0691

cc:    Ian Murray

**Duplicate Originals sent by Certified Mail to:**

| Sheriff Mike Williams | Jeff Atwater, CFO | Mayor Lenny Curry |
|---|---|---|
| Jacksonville Sheriff's Office | Department of Financial Services | City Hall at St. James Building |
| 501 East Bay Street | 200 East Gaines Street | 117 West Duval St., Suite 400 |
| Jacksonville, FL 32202 | Tallahassee, FL 32399-0300 | Jacksonville, Florida 32202 |